### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LEO/LEONA BELCHER,**                                                          **PLAINTIFF**
**ADC # 148104**

**v.**                                    **Case No. 4:25-cv-01266-JM-JTK**

**JAMES SHIPMAN,** *et al.*                                                  **DEFENDANTS**


## <u>ORDER</u>

Based on the Joint Stipulation of Dismissal With Prejudice filed by all parties on July 8, 2026, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LEO/LEONA BELCHER,**                                                      **PLAINTIFF**
**ADC # 148104**

**v.**                                  **Case No. 4:25-cv-01266-JM-JTK**

**JAMES SHIPMAN,** *et al*.                                              **DEFENDANTS**


## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this ___ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE